JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erlinda Reyes,<br><br>   Plaintiff,<br><br> vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:21-cv-00302-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  June 24, 2022 to August 23, 2022, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over two months, Counsel for Plaintiff continues to experience significant pain and the secondary

1

effects of medications. Counsel continues to work short periods throughout the day with significant breaks throughout.  Counsel continues to attend physical therapy four days a week.

      Secondly, as this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in appeals council decisions and an increase in hearings at the administrative levels.  Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts. In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 78 cases from February through April 2022.

      Currently, for the weeks of June 20, 2022 and June 27, 2022, Counsel for Plaintiff has nine merit briefs, and several letter briefs and reply briefs.  With this number expected to grow.

      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 25, 2022  PENA & BROMBERG, ATTORNEYS AT LAW

            By: */s/ Jonathan Omar Pena*
            JONATHAN OMAR PENA
            Attorneys for Plaintiff

Dated: May 26, 2022        PHILLIP A. TALBERT
            United States Attorney
            PETER K. THOMPSON
            Acting Regional Chief Counsel, Region IX
            Social Security Administration

            By:  *\*/s/     Margaret Lehrkind, Esq.*
            Margaret Lehrkind, Esq.
            Special Assistant United States Attorney
            Attorneys for Defendant
            (*As authorized by email on May 26, 2022)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 9), IT IS HEREBY ORDERED that Plaintiff shall file an Opening Brief by August 23, 2022. All remaining deadlines in the Scheduling Order (ECF No. 3) are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 31, 2022**                                      /s/ *Erica P. Grosjean*
                                                                             UNITED STATES MAGISTRATE JUDGE